# Colin McCracken

| | |
|---|---|
| **From:** | SnapMDLNotices <SnapMDLNotices@mto.com> |
| **Sent:** | Wednesday, July 26, 2023 4:11 PM |
| **To:** | Colin McCracken |
| **Subject:** | Auto-reply: Snap Acknowledgement of Service of Process |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Greetings,

This email constitutes proof that Defendant Snap Inc. has been served with the document(s) attached in your email. By accepting service of process, Snap does not waive any other defenses, including those related to jurisdiction and venue.

*\*\*\*NOTICE\*\*\**

*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law.  It is not intended for transmission to, or receipt by, any unauthorized person.  If you have received this message in error, do not read it.  Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected.  Thank you.*