# Colin McCracken

| | |
|---|---|
| **From:** | Wilson Sonsini LISTSERV Server (17.0) <LISTSERV@LIST.WSGR.COM> |
| **Sent:** | Wednesday, July 26, 2023 4:18 PM |
| **To:** | Colin McCracken |
| **Subject:** | Message Received To List |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This is an automated response and confirms receipt of your email.


This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.